AO 240" (Rev. 9/96)

# UNITED STATES DISTRICT COURT

For the _____  District of  Massachusetts

Domenic V. DiModica,

    Plaintiff

V.

Robert Murphy, Kathleen Dennehy and
The Massachusetts Department of Correction

    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-10286 PBS

I, ___Domenic V. DiModica___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  (If "No," go to Part 2)
   If "Yes," state the place of your incarceration ___I am civilly committed to a secure mental health facility. Nemansket Correctional Center, a/k/a The Massachusetts Treatment Center at Bridgewater.___
   Are you employed at the institution? ___No.___  Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   ___I am mentally retarded. See the report of Dr. Swartz for the details of by very limited employment in the 1970's and 80's as well as my employment in the Treatment Center.___

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
   | e. | Gifts or inheritances *from my mother* | ☒ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive gifts from my mother. Please see the print out of my institutional account for the last six months here at the Treatment Center. I used to have a job on my unit making $5.00 per week.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  None.

I declare under penalty of perjury that the above information is true and correct.

January 29, 2005             *Domenic V. DiModica*
Date                         Domenic V. DiModica   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 1:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

Domenic V. DiModica
_____

V.

Robert Murphy, Kathleen Dennehy and
The Massachusetts Department of Correction

CIVIL ACTION NO._____

05-10286 PBS

### AFFIDAVIT

I, __Domenic V. DiModica__, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1. Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2. Of those funds currently maintained in my prison account, the amount of $ __0__ represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

Signature of Applicant
Domenic V. DiModica

Sworn and subscribed to before me this __1__ day of __FEB__ 2005.

MANUEL JAMES BOTELHO
Notary Public
Commonwealth of Massachusetts
Expires Jul 16, 2010

NOTARY PUBLIC

## MASSACHUSETTS SIGNATURE WITNESSING

Gov. Exec. Ord. #455 (03-13), §5(f)

Commonwealth of Massachusetts

County of Plymouth } SS.

On this the __1__ day of __February__, __2005__, before me,

__Manuel James BOTELHO__, the undersigned Notary Public,
Name of Notary Public

Personally appeared __DOMENIC DIMONICH__,
Name(s) of Signer(s)

Proved to me through satisfactory evidence of identity, which was/were

__Inmate I.D. # M01014__
Description of Evidence of Identity

To be the person(s) whose name(s)
Was/were signed on the preceding or
Attached document in my presence.

_[signature]_
Signature of Notary Public

Manuel James BOTELHO
Printed Name of Notary

My Commission Expires __16 Jul 2010__

[Notary seal: MANUEL JAMES BOTELHO, Notary Public, Commonwealth of Massachusetts, My Commission Expires Jul 16, 2010]

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050131 13:44

Page: 1

| | | |
|---|---|---|
| Commit#: | M01014 | MASS. TREATMENT CENTER |
| Name: | DIMODICA, DOMENIC, V, | Statement From 20040731 |
| Inst: | MASS. TREATMENT CENTER | To 20050131 |
| Block: | A2 | |
| Cell/Bed: | 024 /B | |

05-10286 PBS

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $1,281.60 | $1,154.36 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3181657 | | MTC | ~20040718 To 20040724 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3210030 | | MTC | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3226054 | | MTC | ~20040725 To 20040731 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254175 | | MTC | ~20040801 To 20040807 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3282878 | | MTC | ~20040808 To 20040814 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040901 23:01 | PY - Payroll | 3311081 | | MTC | ~20040815 To 20040821 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3336234 | | MTC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20040908 23:01 | PY - Payroll | 3352215 | | MTC | ~20040822 To 20040828 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040915 23:01 | PY - Payroll | 3382097 | | MTC | ~20040829 To 20040904 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040917 08:55 | ML - Mail | 3392071 | 3215 | STH | ~SALVATORE DIMODICA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040917 08:55 | TI - Transfer from Institution | 3392074 | | MTC | ~Associate Receipt Number is 3392071 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040917 08:55 | TI - Transfer from Institution | 3392073 | | STH | ~Associate Receipt Number is 3392071 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040922 23:01 | PY - Payroll | 3410598 | | MTC | ~20040905 To 20040911 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040929 23:02 | PY - Payroll | 3437968 | | MTC | ~20040912 To 20040918 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3445102 | | MTC | ~Canteen Date : 20040930 | $0.00 | $29.79 | $0.00 | $0.00 |
| 20041005 13:37 | IC - Transfer from Inmate to Club A/c | 3458910 | | MTC | ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $176.41 | $0.00 | $0.00 |
| 20041006 23:02 | PY - Payroll | 3468899 | | MTC | ~20040919 To 20040925 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3501480 | | MTC | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516108 | | MTC | ~20040926 To 20041002 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041020 23:01 | PY - Payroll | 3548348 | | MTC | ~20041003 To 20041009 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3556893 | | MTC | ~Canteen Date : 20041021 | $0.00 | $3.10 | $0.00 | $0.00 |
| 20041028 22:30 | CN - Canteen | 3585228 | | MTC | ~Canteen Date : 20041028 | $0.00 | $11.77 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3647200 | | MTC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3668806 | | MTC | ~Canteen Date : 20041111 | $0.00 | $14.52 | $0.00 | $0.00 |
| 20041115 08:41 | ML - Mail | 3674422 | 3254 | STH | ~SALVATORE DI MODICA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041115 08:41 | TI - Transfer from Institution | 3674426 | | STH | ~Associate Receipt Number is 3674422 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20041115 08:41 | TI - Transfer from Institution | 3674427 | | MTC | ~Associate Receipt Number is 3674422 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20041115 08:41 | MA - Maintenance and Administration | 3674424 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041116 14:17 | CI - Transfer from Club to Inmate A/c | 3683100 | | MTC | ~REFUND 11/11/04~M01014 DIMODICA,DOMENIC V PERSONAL~KCN WASH | $1.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050131 13:44

Page : 2

| Commit# : | M01014 | | | | MASS. TREATMENT CENTER | | | | |
| Name : | DIMODICA, DOMENIC, V, | | | | Statement From | 20040731 | | | |
| Inst : | MASS. TREATMENT CENTER | | | | To | 20050131 | | | |
| Block : | A2 | | | | | | | | |
| Cell/Bed : | 024 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z5 | | | | |
| 20041202 22:30 | CN - Canteen | 3760578 | | MTC | ~Canteen Date : 20041202 | $0.00 | $32.58 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3780303 | | MTC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20041220 10:13 | ML - Mail | 3853433 | | STH | ~SALVATORE DIMODICA | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041220 10:13 | MA - Maintenance and Administration | 3853434 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041220 10:13 | TI - Transfer from Institution | 3853436 | | STH | ~Associate Receipt Number is 3853433 | $0.00 | $99.00 | $0.00 | $0.00 |
| 20041220 10:13 | TI - Transfer from Institution | 3853437 | | MTC | ~Associate Receipt Number is 3853433 | $99.00 | $0.00 | $0.00 | $0.00 |
| 20041220 10:24 | ML - Mail | 3853684 | 762 | STH | ~ROSE BUONOPANE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041220 10:24 | TI - Transfer from Institution | 3853686 | | STH | ~Associate Receipt Number is 3853684 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20041220 10:24 | TI - Transfer from Institution | 3853687 | | MTC | ~Associate Receipt Number is 3853684 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041223 22:30 | CN - Canteen | 3881625 | | MTC | ~Canteen Date : 20041223 | $0.00 | $12.70 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981414 | | MTC | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4023142 | | MTC | ~Canteen Date : 20050120 | $0.00 | $59.68 | $0.00 | $0.00 |
| | | | | | | $510.08 | $565.55 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $71.77 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $71.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |