```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

DOMENIC DiMODICA,
        Plaintiff,

    v.                      Civil Action No. 05-10286-PBS

SUPERINTENDENT ROBERT MURPHY,
ET AL.,
        Defendants

### ORDER ON MOTION FOR APPOINTMENT OF COUNSEL AND/OR GUARDIAN AD LITEM

Saris, D. J.

    Upon review of the pleadings, the Plaintiff's Motion for Appointment of Counsel and/or Guardian Ad Litem (#3) is Allowed, to the extent that Pro Bono counsel shall be appointed to represent the Plaintiff. The case is referred to this Court's Pro Bono Coordinator for appointment of counsel.


Date: February 25, 2005
                              /s/ Patti B. Saris
                              PATTI B. SARIS
                              UNITED STATES DISTRICT JUDGE