UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10286-PBS

**DOMINIC DIMODICA,**
    **Plaintiff,**

**v.**

**ROBERT MURPHY,** *et al.*,
    **Defendants.**

NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Robert Murphy, Kathleen Dennehy, and the Massachusetts Department of Correction.

    Robert Murphy, Kathleen Dennehy, and
    Massachusetts Department of Correction,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

    /s/ Mary P. Murray
By:  Mary P. Murray, Counsel  (BBO # 555215)
    Department of Correction
    Massachusetts Treatment Center
    30 Administration Road
    Bridgewater, Massachusetts 02324
    (508) 279-8184
    (508) 279-8181 (fax)

Dated: May 25, 2005

Certificate of Service

I hereby certify that I caused a copy of the within document to be served on the *pro se* plaintiff, Dominic Dimodica, by intra-facility mail, at 30 Administration Road, Bridgewater, MA 02324.

    /s/ Mary P. Murray
    Mary P. Murray

Dated:  May 25, 2005