AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
CLERKS OFFICE
2005 MAY 18 P 2:34
U.S. DISTRICT COURT
DISTRICT OF MASS

DOMENIC DiMODICA,
        Plaintiff
   V.

COMMISSIONER KATHLEEN DENNEHY,
ET AL.,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE     C.A. 05-10286-PBS

**TO:** (Name and address of Defendant)

**Superintendent Robert Murphy, Nemansket Correctional Center**
    30 Administration Rd.
    Bridgewater, MA 02324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

~~DOMINIC DiMONICO, PRO SE~~
Domenic DiModica, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgwater, MA 02324

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____**20***_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK        2/17/05
CLERK        DATE

*Rebecca Greenby* (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE May 3, 2005 |
| NAME OF SERVER (PRINT) Joel Pentlarge | TITLE A person at least 18 years old not a party to this action. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served by DOC Mail at 30 Administration Rd., Bridgewater, MA as explicitly directed by the defendant.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL None. | SERVICES None. | TOTAL None. |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 15, 2005
               Date

Signature of Server
Joel Pentlarge
30 Administration Rd.
Bridgewater, MA 02324

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 3, 2005 |
| NAME OF SERVER (PRINT) Joel Pentlarge | TITLE A person at least 18 years old not a party to this action. |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served by DOC Mail at 30 Administration Rd., Bridgewater, MA as explicitly directed by the defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| None. | None. | None. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 15, 2005
            Date

Signature of Server  /s/ Joel Pentlarge
Joel Pentlarge
30 Administration Rd.
Bridgewater, MA 02324

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAY 18 P 2: 34
U.S. DISTRICT COURT
DISTRICT OF MASS

DOMENIC DiMODICA,
          Plaintiff
V.

COMMISSIONER KATHLEEN DENNEHY,
ET AL.,
          Defendants

SUMMONS IN A CIVIL CASE

CASE    C.A. 05-10286-PBS

**TO:** (Name and address of Defendant)

**Superintendent Robert Murphy, Nemansket Correctional Center**
    30 Administration Rd.
    Bridgewater, MA 02324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

~~DOMINIC DiMONICO, PRO SE~~
Domenic DiModica, Pro Se
Nemansket Correctional Center
30 Administration Rd.
Bridgwater, MA 02324

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____**20\***_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM RUANE, ACTING CLERK**
CLERK

*Rebecca Greenberg* (signature)

(By) DEPUTY CLERK

2/17/05
DATE