U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Domenic DiModica | 05-10286-PBS |
| DEFENDANT | TYPE OF PROCESS |
| Kathleen Dennehy, Commissioner of the Mass. DOC | Civil summons and complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathleen Dennehy, Commissioner of the Mass. Dept. of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
(New Address) One Ashburton Place, Boston, MA 02108
~~50 Maple Street, Milford, MA 01757~~

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Domenic DiModica
Nemankset Correctional Center
30 Administration Rd.
Bridgewater, MA 02324

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE 2/20/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/18/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Wendy Weber  Legal Div
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service 6/1/05   Time 12.00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____MASSACHUSETTS_____

DOMENIC DiMODICA,
    Plaintiff

V.

COMMISSIONER KATHLEEN DENNEHY,
ET AL.,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE    C.A. 05-10286-PBS

TO: (Name and address of Defendant)

KATHLEEN DENNEHY, Commissioner, Massachusetts Department of Corrections
~~50 Maple Street~~  New Address: One Ashburton Place
~~Milford, MA 01757~~       Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

~~DOMINIC DiMONICO, PRO SE~~
Domenic DiModica, Pro Se
Nemansket Correctional Center
30 Administration Rd.
BRidgewater, MA 02324

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM RUANE, ACTING CLERK      2/17/05
CLERK                DATE

_[signature]_
(By) DEPUTY CLERK