UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Domenic V. DiModica<br>          Plaintiff, | CIVIL ACTION<br>NO. 05-10286-PBS |
| v. | |
| Robert Murphy, et al<br>          Defendants. | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                      June 23, 2005

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **July 15, 2005**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                           By the Court,

                           _/s/ Robert C. Alba_
                           Deputy Clerk

Copies to:  All Counsel