UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Nemansket Correctional Center, 30 Administration Road, Bridgewater, MA.

YOU ARE COMMANDED to have the body of Domenic V. DiModica* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on <u>July 22, 2005</u>, at <u>2:00 p..m.</u> for the purpose of a Status Hearing in the case of Domenic V. DiModica v. Robert Murphy, CA Number 05-10286-PBS.  And you are to retain the body of said Domenic V. DiModica while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Domenic V. DiModica to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 15th day of July, 2005.

* D.O.B unknown
  SS# unknown

<u>PATTI B. SARIS</u>
United States District Judge

Sarah Thornton, Clerk

By: <u>/s/ Robert C. Alba</u>
SEAL          Deputy Clerk