UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINIC DIMODICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05- 10286-PBS |
| | ) |
| ROBERT MURPHY, ET AL., | ) |
| Defendants. | ) |

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

SARIS, D.J.

This matter is before the Court on the request of Plaintiff for the appointment of counsel to serve *pro bono*.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that **Jennifer A. Serafyn, Esq.*** is appointed to represent the Plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator/*pro se* staff attorney) within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his or her designated associate(s) shall serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to matters relating to the above-captioned case. Counsel is not being appointed to represent the plaintiff generally or in any other proceeding.

                                      PATTI B. SARIS
                                      UNITED STATES DISTRICT JUDGE

Date: July 25, 2005          By: /s Rebecca Greenberg
                                    Rebecca Greenberg, Esq.

* Contact Information:        Pro Se Staff Attorney
Jennifer A. Serafyn, Esq.
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4843 (direct line)
(617) 946-4801 (fax)
www.seyfarth.com