**MASSACHUSETTS CORRECTIONAL LEGAL SERVICES**

8 WINTER STREET, BOSTON, MA  02108-4705
617-482-2773

Instate WATS 800-882-1413
State Prisoner Direct Line 877-249-1342
County Collect Calls 617-482-4124
FAX 617-451-6383
www.mcls.net

FILED
In Open Court
USDC, Mass.
Date ___7-22-05___
By _____
Deputy Clerk

July 22, 2005

Hon. Patti B. Saris
United States District Court for the District of Massachusetts
Moakley Court House
1 Courthouse Way
Boston, MA 02210

BY HAND

Re: DiModica v. Murphy, et al., 05-10286 PBS

Dear Judge Sarris:

Mark Gillis, Esq., has volunteered to act as pro bono guardian ad litem for Dominic DiModica. Attorney Gillis is a specialist in representing sexually dangerous persons with mental or developmental disabilities. It is hard to imagine a better fit for this client.

Attorney Gillis will be at the status conference this afternoon at 2:00 P.M. unless a hearing in another matter detains him. I indicated to him that if he were unable to come I would provide his contact information to this Court.

Mark Gillis, Esq.
P.O.B. 126
Reading, MA 01867
781-944-9890 (office) or 617-733-7151 (cell)

Very truly yours,

Peter Costanza
Staff Attorney

cc:    Mark Gillis, Esq.
       Jennifer Serafyn, Esq.
       Mary P. Murray, Esq.