# MARK J. GILLIS
ATTORNEY AT LAW

July 24, 2005

The Honorable Patti B. Saris
U.S. District Court for the District of Massachusetts
Moakley Court House
1 Courthouse Way
Boston, MA 02210

Re:   DiModica v. Murphy, et al., 05-10286 PBS

Dear Judge Saris,

In follow-up to Friday's hearing, I apologize for being unable to attend, but I had a last minute emergency motion in Suffolk Superior Court to evict my client from his public housing. I am enclosing for your review a copy of my most recent resume.

I thank you for allowing me to assist in Mr. DiModica's case and will proceed on the case as GAL upon receiving the Court's instructions delineating the nature of my involvement.

Very truly yours,

Mark J. Gillis

encl.

Cc:   Atty. Peter Costanza
      Atty. Jennifer Serafyn
      Atty. Mary P. Murray

POST OFFICE BOX 126, READING MA 01867
TEL: 781.944.9890 FAX: 781.944.0728 E-MAIL: MGILLISESQ@AOL.COM
ADMITTED TO PRACTICE IN MA, NH AND FEDERAL COURTS

# MARK J. GILLIS
ATTORNEY AT LAW

## RESUME

### EDUCATION

**Suffolk University Law School**, Boston, MA
J.D. Awarded *cum laude*, May 1992.
*Class Rank*:   Top Third
   *Honors*:   Dean's List 1990-91, 1991-92
      Transnational Law Review, Lead Article Editor 1991-92
   *Activities*:   Product Liability Appellate Team, 1991-92
      Clarke Moot Court Competition, 1990-91
   *Clinicals*:   Housing, 1991-92

**Boston University, University Professor's Program**, Boston, MA
B.A., Communications and Judicial Review, May 1989.
   *Activities*:   Adult Illiteracy Tutor

### PUBLICATIONS

Note, "The United States-Canada Free Trade Agreement and its Effect on Antidumping/Countervailing Duty Law," *Suffolk Transnational Law Review*, Spring 1992 (available on WESTLAW).

Article, "Psychiatric Issues in Criminal Cases," Massachusetts Lawyers Weekly, 28 M.L.W. 261 (October 11, 1999).

Article, ""Defending SDP Petitions," in SDP Heaings: Learn the Law, Medicine and Practice Involved in the Commitment of "Sexually Dangerous Persons." MCLE (2001)

Article, "'SDPs' And the Insanity Defense," Massachusetts Lawyers Weekly, 31 M.L.W. 1175 (Febraury 17, 2003)

### PRESENTATIONS

Panelist "Safeguarding the Rights of Persons who Challenge Us," 21st Annual [Mass. Dept. of Mental Retardation] Human Rights Conference, June 10, 2005.

Presenter "Mentally Ill Sex Offenders and the Sexually Dangerous Person Act," Sexually Dangerous Persons: Issues and Controversies [Conference], sponsored by Forensic Health Services, Mass. Dept. of Correction, and U.Mass. Boston, June 24, 2005.

### BAR MEMBERSHIPS

Admitted to Massachusetts Bar, December 1992.
Admitted to New Hampshire Bar, May 1994.
Admitted to Bar of the U.S. Court of Appeals for the First Circuit, July 1995.
Admitted to Bar of the U.S. District Court for District of Massachusetts, December 1995
Admitted to Bar of the U.S. Supreme Court, September 1996

POST OFFICE BOX 126, READING MA 01867
TEL: 781.944.9890  FAX: 781.944.0728  E-MAIL: MGILLISESQ@AOL.COM
ADMITTED TO PRACTICE IN MA, NH AND FEDERAL COURTS

**Mark J. Gillis, Esq. Resume**                              Page 2

## PROFESSIONAL EXPERIENCE

**Mark J. Gillis, Attorney at Law**, Reading, MA
*Sole Practitioner*
June 1993 - Present
Represent individual and business clients in civil, criminal, and appellate litigation including land court zoning appeals, divorce and personal injury cases, and real estate transactions and litigation. Also represent individuals and families in cases involving the civil and criminal aspects of mental health law including involuntary hospitalization, guardianships, NGI/IST cases, SDP commitments, and cases before the Sex Offender Registry Board.

**Shagory and Shagory, P.C.**, Boston, MA
*Associate*
May 1991 - April 1995
Served as second chair at trials; prepared and prosecuted subrogation cases; drafted motions, memoranda and other
pleadings; and wrote client advisories for a general practice specializing in civil litigation.

**Robert R. Berluti & Associates**, Boston, MA
*Law Clerk*
March 1992 - December 1992
Wrote initial draft of "A Massachusetts Guide to Preserving and Piercing the Corporate Veil" (78 MASS.L.REV. 2
(Mar. 1993)), and drafted pleadings and memoranda for corporate and personal injury firm.

**Law Offices of Martin Kantrovitz**, Boston, MA
*Law Clerk*
October 1990 - May 1991
Researched and wrote memoranda, conducted title searches, and prepared various complaints and other pleadings for a three attorney personal injury firm specializing in lead paint claims.


## OTHER EXPERIENCE

**Professor R. Lisle Baker**, Boston, MA, *Research Assistant*, 1990.
**Nixon & Peabody**, Boston, MA, *Records Clerk*, 1990.
**Howard Johnson's Kenmore**, Boston, MA, *Senior Front Desk Clerk*, 1987-90.
**Massachusetts Lemon Law Arbitration Program**, Boston, MA, *Staff Assistant*, 1987-88.
**Boston Business Journal**, Boston, MA, *Incorporation Records Researcher*, 1985-86.


## VOLUNTEER EXPERIENCE

**State Senator Lois Pines**, Boston, MA, *Legislative Intern*, 1988.
**Massachusetts Citizen Action**, Cambridge, MA, *Volunteer Intern*, 1988.