UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOMINIC V. DiMODICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-10286-PBS |
| ROBERT MURPHY, KATHLEEN DENNEHY, and the MASSACHUSETTS DEPARTMENT OF CORRECTION, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Jennifer A. Serafyn of Seyfarth Shaw LLP as counsel-of-record for the plaintiff, Dominic V. DiModica, in connection with the above-captioned action.

Respectfully submitted,

DOMINIC V. DiMODICA,

By his attorney,

/s/ Jennifer A. Serafyn
Jennifer A. Serafyn (BBO #653739)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Date:  July 28, 2005

BO1 15728047.1

**CERTIFICATE OF SERVICE**

    I, Jennifer A. Serafyn, hereby certify that on July 28, 2005, I caused a true copy of the above to be delivered, via electronic filing, upon the defendants' attorney:

    Mary P. Murray
    Department of Correction
    Massachusetts Treatment Center Legal Office
    30 Administration Road
    Bridgewater, MA 02324

    /s/ Jennifer A. Serafyn
    Jennifer A. Serafyn