UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
DOMENIC V. DiMODICA,                 )
        Plaintiff,                   )
                                     )
        v.                           ) CIVIL ACTION NO. 05-10286-PBS
                                     )
ROBERT MURPHY, Superintendent,       )
 NEMANSKET CORRECTIONAL CENTER,      )
 et al.,                             )
        Defendants.                  )
_____)
```

**ORDER**

July 26, 2005

Saris, U.S.D.J.

    I appoint Mark J. Gillis as Guardian Ad Litem. I was informed that Mr. Gillis was willing to provide services pro bono. Counsel shall consult with Mr. Gillis as to how the case should proceed. A status conference shall take place on Tuesday, October 18, 2005 at 3:00 p.m.

                                          **S/PATTI B. SARIS**
                                          United States District Judge