UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOMINIC V. DiMODICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10286-PBS |
| | ) | |
| ROBERT MURPHY, KATHLEEN | ) | |
| DENNEHY, and the MASSACHUSETTS | ) | |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO AMEND THE COMPLAINT

Plaintiff, Dominic V. DiModica ("Plaintiff"), respectfully requests that the Court extend

the time for filing an amended complaint until September 30, 2005.  Defendants have assented to

this Motion.  In support of this Motion, Plaintiff states as follows:

1.    Plaintiff filed his Complaint *pro se* on February 4, 2005;

2.    The Court appointed the undersigned *pro bono* counsel on July 25;

3.    Pursuant to the July 25 status conference held in this matter and the Protective

Order entered on August 8, Defendants' counsel produced nearly 5,000 pages of

medical and other documents relating to Plaintiff on August 10;

4.    Plaintiff seeks an extension of time to review the documents provided by

Defendants and confer with both Mark J. Gillis, Esq., Plaintiff's Court-appointed

*guardian ad litem*, and Defendants' attorney in an effort to narrow the issues set

forth in Plaintiff's *pro se* complaint;

5.    Plaintiff's amended complaint is currently due on August 22, 2005; and

6.      Defendants' counsel has assented to Plaintiff's request for an extension of time to

amend the complaint.

WHEREFORE, Plaintiff respectfully requests that the Court allow his Assented-To

Motion for an Extension of Time to Amend the Complaint, thereby extending the deadline until

September 30, 2005.

Respectfully submitted,

DOMINIC V. DiMODICA,

By his attorney,

/s/ Jennifer A. Serafyn
Jennifer A. Serafyn (BBO #653739)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Date:  August 15, 2005

## CERTIFICATE OF SERVICE

I, Jennifer A. Serafyn, hereby certify that on August 15, 2005, I caused a true copy of the
above to be delivered, via electronic filing, upon the defendants' attorney:

Mary P. Murray
Department of Correction
Massachusetts Treatment Center Legal Office
30 Administration Road
Bridgewater, MA 02324

/s/ Jennifer A. Serafyn
Jennifer A. Serafyn

2