UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOMINIC V. DiMODICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-10286-PBS |
|  | ) |
| ROBERT MURPHY, KATHLEEN DENNEHY, and the MASSACHUSETTS DEPARTMENT OF CORRECTION, | ) |
|  | ) |
| Defendants. | ) |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The parties to the above-captioned action hereby respectfully request that the Court reschedule the status conference scheduled for Tuesday, October 18, 2005 at 3:00 p.m. As grounds for this Motion, the parties state as follows:

1. On September 30, 2005, Plaintiff Dominic DiModica filed a Second Assented-To Motion for an Extension of Time to Amend the Complaint. On October 3, the Court granted Plaintiff's Motion and allowed him until October 31 to file his amended complaint.

2. The parties' participation in a status conference after Plaintiff files his amended complaint will be more productive for the Court and the parties with respect to setting a discovery schedule and addressing the issues in this matter.

WHEREFORE, the parties respectfully request that the Court reschedule the October 18, 2005 status conference to a date, after October 31, that is convenient for the Court.

BO1 15742721.1

Respectfully submitted,

| | |
|---|---|
| DOMINIC V. DiMODICA, | ROBERT MURPHY, KATHLEEN DENNEHY, and the MASSACHUSETTS DEPARTMENT OF CORRECTION, |
| By his attorney, | By their attorneys, |
| /s/ Jennifer A. Serafyn<br>Jennifer A. Serafyn (BBO #653739)<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 | /s/ Mary P. Murray<br>Mary P. Murray (BBO No. 555215)<br>Department of Correction<br>Massachusetts Treatment Center Legal Office<br>30 Administration Road<br>Bridgewater, MA 02324<br>(508) 279-8184 |
| Dated: October 17, 2005 | Dated: October 17, 2005 |