UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Domenic DoModica
    Plaintiff,        CIVIL ACTION
                 NO. 05-10286-PBS
  v.

Robert Murphy, et al
    Defendants.

## NOTICE OF RESCHEDULED STATUS CONFERENCE

SARIS, U.S.D.J.                    November 2, 2005

  At the request of counsel, the Status Conference previously scheduled for November 3, 2005, has been **rescheduled** to **November 15, 2005, at 2:00 p.m.**

               By the Court,

               _/s/ Robert C. Alba__
               Deputy Clerk

Copies to:  All Counsel

resched.ntc