UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Domenic DiModica
Plaintiff,
      V.                                          Civil Action Number
                                                   05-10286-PBS
Robert Murphy, et al
Defendant.                                          November 15, 2005

## SCHEDULING ORDER

Saris, D.J.,

Discovery deadline: 6/30/06

Summary Judgment Motion filing deadline: 10/1/06

Opposition to Summary Judgment Motions: 10/15/06

Hearing on Summary Judgment or Pretrial Conference: 11/2/06 at 2:00 p.m.

                                                            By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk