1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10286-PBS

**DOMINIC V. DIMODICA,**
    **Plaintiff,**

v.

**ROBERT MURPHY, ET AL.,**
    **Defendants.**

## NOTICE OF APPEARANCE

Defendants Robert Murphy, Superintendent of the Massachusetts Treatment Center, Kathleen M. Dennehy, Commissioner of the Massachusetts Department of Correction, and the Massachusetts Department of Correction enter the appearance of the following as counsel in the above-encaptioned matter:

    Brendan J. Frigault, BBO # 647669
    Massachusetts Treatment Center
    30 Administration Road
    Bridgewater, MA  02324
    (508) 279-8184

Please enter such appearance on the record.

2

Respectfully Submitted

by the Commonwealth

NANCY ANKERS WHITE
Special Assistant Attorney General

|  |  |
|---|---|
| by: | s/ BRENDAN J. FRIGAULT |
|  | Brendan J. Frigault, Counsel |
|  | Department of Correction |
|  | Massachusetts Treatment Center |
|  | 30 Administration Road |
|  | Bridgewater, Massachusetts 02324 |
|  | (508) 279-8180 |
| Dated: December 1, 2006 | BBO Number 647669 |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including:

**Attorney for Plaintiff, Dominic DiModica**
Jennifer Serafyn
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

                                                                                                          s/ BRENDAN J. FRIGAULT
                                                                                                          Brendan J. Frigault

Dated: December 1, 2006