UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10286-PBS

**DOMINIC V. DIMODICA,**
      **Plaintiff,**

v.

**ROBERT MURPHY, ET AL.,**
      **Defendants.**

---

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

      Defendants Robert Murphy, Superintendent of the Massachusetts Treatment Center, Kathleen M. Dennehy, Commissioner of the Massachusetts Department of Correction, and the Massachusetts Department of Correction (the "Defendants"), hereby move this Court to enlarge the amount of time to respond to the Plaintiff's Amended Complaint (Document No. 35) by 45 days, up to and including January 15, 2007.

      As reasons therefore, counsel states that further time is required in order to investigate and make an informed and intelligent response to the allegations contained within the plaintiff's complaint. Given that the Plaintiff originally filed his complaint on February 4, 2005, and has only recently filed the Amended Complaint on November 21, 2006, the Defendants' requested enlargement can not be considered prejudicial to the Plaintiff. Further, the Defendants' requested enlargement will not interfere with the current time limits set by the Court (Plaintiff's expert report due 1/20/07, Plaintiff's Summary Judgment Motion due 2/15/07, Defendants' Opposition due 2/28/07, Hearing on Summary Judgment Motions on 3/13/07). Finally, on December 1, 2006, counsel for the Plaintiff indicated that she had no objection to the requested enlargement.

For the all the reasons listed above, the Defendants move this Court for an enlargement of the time to respond to the Plaintiff's Amended Complaint, up to and including January 15, 2007.

Respectfully Submitted

by the Commonwealth

NANCY ANKERS WHITE
Special Assistant Attorney General

by:    s/ BRENDAN J. FRIGAULT
Brendan J. Frigault, Counsel
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8180
E-Mail: BJFrigault@DOC.state.ma.us
BBO Number 647669

Dated: December 1, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including:

**Attorney for Plaintiff, Dominic DiModica**
Jennifer Serafyn
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

s/ BRENDAN J. FRIGAULT
Brendan J. Frigault

Dated: December 1, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10286-PBS

**DOMINIC V. DIMODICA,**
     **Plaintiff,**

v.

**ROBERT MURPHY, ET AL.,**
     **Defendants.**

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Defendants Robert Murphy, Superintendent of the Massachusetts Treatment Center, Kathleen M. Dennehy, Commissioner of the Massachusetts Department of Correction, and the Commonwealth of Massachusetts (the "Defendants"), by and through undersigned counsel, hereby certify that Defendants' counsel has conferred with counsel for the Plaintiff, in accordance with LR, D.Mass. 7.1.  DOC Defendants' counsel contacted Plaintiff's counsel by phone on December 1, 2006, and Plaintiff's counsel indicated that she did not object to the requested enlargement.

          Respectfully Submitted

          by the Commonwealth

          NANCY ANKERS WHITE
          Special Assistant Attorney General


      by:    s/ BRENDAN J. FRIGAULT
              Brendan J. Frigault, Counsel
              Department of Correction
              Massachusetts Treatment Center
              30 Administration Road
              Bridgewater, Massachusetts 02324
              (508) 279-8180
              E-Mail: BJFrigault@DOC.state.ma.us
Dated: November 27, 2006    BBO Number 647669


## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including:

**Attorney for Plaintiff, Dominic DiModica**
Jennifer Serafyn
SEYFARTH SHAW, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028


          s/ BRENDAN J. FRIGAULT
          Brendan J. Frigault

Dated: December 1, 2006