UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINIC V. DiMODICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-10286-PBS |
| ) | |
| ROBERT F. MURPHY, JR., KATHLEEN ) | |
| M. DENNEHY, and the MASSACHUSETTS ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND THE DEADLINES SET AT THE STATUS CONFERENCE

Plaintiff Dominic V. DiModica ("Plaintiff"or "Mr. DiModica") hereby moves this Court to extend the deadlines set in this matter's Status Conference held on September 27, 2006. In support of this motion, Plaintiff states as follows:

1. On September 27, 2006, the Court required that Mr. DiModica submit a report from an evaluator regarding his treatment by January 20, 2007.

2. Plaintiff's counsel has been actively engaged in attempting to secure an evaluator(s) from the Department of Mental Retardation, the Department of Mental Health, and/or a private doctor or other expert and providing the evaluator(s) with the appropriate information and documents needed to prepare a full report.

3. Plaintiff requests an extension of time, up to an including February 28, 2007, to submit the evaluator(s) report.

4. Given that the Court apparently intended for Defendants to review Plaintiff's evaluator(s) report prior to the parties serving their summary judgment papers, if any, Plaintiff requests that the following deadlines be extended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff files evaluator(s) report | January 20, 2007 | February 28, 2007 |
| Summary Judgment Motion | February 15, 2007 | March 15, 2007 |
| Opposition | February 28, 2007 | March 30, 2007 |
| Hearing on Summary Judgment/PreTrial Conference | March 13, 2007 | April 13, 2007 |

5. The parties continue to try to work cooperatively to resolve or narrow the issues in dispute in this matter, and the parties anticipate that the evaluator's report will assist them in that regard.

6. Defendants assent to the rescheduling of all deadlines.

WHEREFORE, Plaintiff respectfully requests the court allow this motion for an extension of the deadlines set during the September 27, 2006 status conference.

    Respectfully submitted,

    DOMINIC V. DiMODICA,

    By his attorney,

    /s/ Jennifer A. Serafyn
    Jennifer A. Serafyn (BBO #653739)
    Seyfarth Shaw LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    (617) 946-4800

Date: January 19, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on January 19, 2007.

                            /s/ Jennifer A. Serafyn
                            Jennifer A. Serafyn

BO1 15824162.1