UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINIC V. DiMODICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 05-10286-PBS |
| | ) |
| | ) |
| ROBERT F. MURPHY, JR., KATHLEEN | ) |
| M. DENNEHY, and the MASSACHUSETTS | ) |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Erin S. Martino on behalf of the Plaintiff, Domenic V. DiModica in connection with the above-captioned matter.

Respectfully submitted,

DOMINIC V. DiMODICA,

By his attorney,


/s/ Erin S. Martino
Erin S. Martino (BBO #658100)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Date:  December 14, 2007

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on December 14, 2007.


                         /s/ Erin S. Martino
                         Erin S. Marino

BO1 15897266.1