UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOMINIC V. DiMODICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ROBERT F. MURPHY, JR., KATHLEEN M. DENNEHY, and the MASSACHUSETTS DEPARTMENT OF CORRECTION,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10286-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Jennifer A. Serafyn as counsel for the Plaintiff, Domenic V. DiModica.

                                                      Respectfully submitted,

                                                      DOMINIC V. DiMODICA,

                                                      By his attorney,

                                                      /s/ Jennifer A. Serafyn
                                                      Jennifer A. Serafyn (BBO #653739)
                                                      Seyfarth Shaw LLP
                                                      World Trade Center East
                                                      Two Seaport Lane, Suite 300
                                                      Boston, MA 02210-2028
                                                      (617) 946-4800

Date: December 14, 2007

2

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on December 14, 2007.

                                                /s/ Jennifer A. Serafyn
                                                Jennifer A. Serafyn