UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Domenic V. DiModica
_____
Plaintiff(s)

V.

Robert F. Murphy, et al
_____
Defendant(s)

CIVIL ACTION
NO. 05-10286-PBS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Saris

[✓] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ] On _____ I held the following ADR proceeding:

  [ ] SCREENING CONFERENCE     [ ] EARLY NEUTRAL EVALUATION
  [ ] MEDIATION                [ ] SUMMARY BENCH / JURY TRIAL
  [ ] MINI-TRIAL               [ ] SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____ ]
The parties were [ ] /were not [ ]   present in person or by authorized corporate officer [except _____ ].

The case was:

[ ] Settled. Your clerk should enter a _____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:


5/28/08
_____
DATE

Honorable Morris E. Lasker
_____
ADR Provider

(ADRReportforpdf.wpd  - 4/12/2000)