UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10286-PBS

**DOMINIC DIMODICA,**
      **Plaintiff,**

**v.**

**ROBERT MURPHY,** *et al.,*
      **Defendants.**

## MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL

Plaintiff Dominic DiModica and Defendants, the Massachusetts Department of Correction ("DOC), Kathleen Dennehy and Robert Murphy (collectively, the "DOC Defendants"), hereby request that the Court further extend settlement order of dismissal from August 21, 2008, to and including October 17, 2008.

As grounds for this motion, the parties state that the additional time is needed to finalize the settlement documents and to allow the new clinical director for the sex offender treatment program at the Massachusetts Treatment Center sufficient time to review the proposed settlement documents.

WHEREFORE, the parties respectfully that this Court allow this motion.

Respectfully submitted,
Dominic DiModica,

By his attorney,

_____
Erin Martino (BBO # 658100)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02110-2028
(617) 946-4800
(617) 790-5365 (FAX)

Respectfully submitted,
Massachusetts Department of Correction,
Kathleen Dennehy and Robert Murphy,

By their attorneys,

NANCY ANKERS WHITE
Special Assistant Attorney General
/s/ Mary P. Murray_____
By:    Mary P. Murray, Counsel  (BBO # 555215)
Department of Correction
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts 02324
(508) 279-8184
(508) 279-8181 (fax)

Dated:  August 18, 2008

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this date.

/s/ Mary P. Murray_____
Mary P. Murray

Dated:  August 18, 2008